IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REYNALDO LAUREANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0220 |
| ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF SAFETY, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

## O R D E R

On August 23, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the plaintiff's Motion for Summary Judgment (Docket No. 23) and the plaintiff's Supplemental Motion for Summary Judgment (Docket No. 33) be denied. (Docket No. 42) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Summary Judgment (Docket No. 23) and the plaintiff's Supplemental Motion for Summary Judgment (Docket No. 33) are **DENIED**.

It is so **ORDERED.**

Enter this 13th day of September 2007.

_____
ALETA A. TRAUGER
U.S. District Judge